IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY WAYNE HAWKINS,<br>     Petitioner,<br><br>vs.<br><br>SUPERINTENDENT BRIAN THOMPSON; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>     Respondents. | Civil Action No. 13-1189<br>Judge Mark R. Hornak/<br>Magistrate Judge Maureen P. Kelly |

## **ORDER**

AND NOW, this 18th day of March, 2014, after the Petitioner, Larry Wayne Hawkins, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until March 3, 2014, to file written objections thereto, and no timely objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this case is dismissed with prejudice for Petitioner's failure to comply with the Court's Order to Show Cause entered on December 9, 2013, ECF No. 20, and for Petitioner's failure to keep the Court informed of his current address and the apparent fact of his release from custody, and because the action has become moot due to the Petitioner's apparent release from custody.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Larry Wayne Hawkins
JQ-2182
S.C.I. Mercer
801 Butler Pike
Mercer, PA 16137
(as the last known address of the Petitioner as reflected on the docket)

All Counsel of Record Via CM-ECF